502(8/08)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

2/4/10

U.S. Bankruptcy Court
Western District of Missouri

In Re:  Matthew Adam Nicholson (BELOW MED)
           Debtor(s)

Case No.: 09−50659−jwv13

## ORDER CONFIRMING CHAPTER 13 PLAN
## AS FILED OR AMENDED ON OR ABOUT 1/12/2010

The court finds that the amended Chapter 13 plan complies with the requirements of 11 U.S.C. § 1322(a), 1322 (b), 1323(c) and 1325(a) pursuant to 11 U.S.C. § 1329. It is therefore
        ORDERED, ADJUDGED and DECREED:
1.    The plan is confirmed as amended.
2.    The debtor or any entity from which the debtor receives income shall pay to the trustee according to the terms of the plan which shall not exceed 5 years. Payments shall continue until further order of this court. The trustee may cause a wage order to be issued to the debtor's employer. 11 U.S.C.§ 1322(a)(1), 1322(d), and 1325(c). Local Rule 3083−1G.
3.    Payments to all creditors shall be made according to the terms of the plan, Local Rules of this Court, the trustee's notice to allow claims, the trustee's notice to allow additional or amended claims, and further orders of the court. The trustee shall only make payments to creditors with filed and allowed claims. 11 U.S.C. § 1326(c), Local Rule 3084−1, and Local Rule 3085−1.
4.    Priority claimants shall be paid in full pursuant to 11 U.S.C. § 1322(a)(2).
5.    The trustee shall be paid in full pursuant to 11 U.S.C. § 503(b), 1326(b)(2) and 28 U.S.C. § 586(e)(1)(A) and (B).
6.    For cases filed on or before October 16, 2005, the debtor shall devote to the plan all disposable income during the first 36 months after the first payment is due under the plan unless the debtor pays 100 percent to all filed and allowed claimants. Regardless of when the case was filed the debtor shall report to the standing trustee any events affecting disposable income, including but not limited to: changes in income, tax refunds, inheritances, prizes, lawsuits, gifts, etc., which are received or receivable during the pendency of the case.
7.    The debtor shall not incur any additional debts while this case is open without prior approval of the court except those which may be necessary in an emergency for the protection and preservation of life, health, or property. The trustee may grant borrowing requests pursuant to Local Rule 3088−1.
8.     Until the case is closed, the debtor is enjoined and prohibited from selling, encumbering, or in any manner disposing of assets without the prior order of the court except as may be required in the course of the debtor's business if the debtor is engaged in business. The debtor may, without court order, sell unencumbered property which has not had a lien avoided as part of this proceeding with a fair market value less than $2,500.00 so long as, within 10 days of the sale, the debtor files with the court an accounting of said sale.
9.    Title to the property of the estate vests in the debtor(s) or as specified in the plan. 11 U.S.C. § 1327(b).
10.   Confirmed plans may be amended pursuant to 11 U.S.C. § 1329 and may be amended to comply with 11 U.S.C. § 1322(d).
11.   Funds paid into the trustee's office in a confirmed plan prior to the case being dismissed or converted shall be distributed pursuant to the confirmed plan and this confirmation order.

Dated: 2/4/10

/s/  Jerry W. Venters
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0866-5           User: hardend              Page 1 of 1              Date Rcvd: Feb 04, 2010
Case: 09-50659                 Form ID: 502               Total Noticed: 27
```

The following entities were noticed by first class mail on Feb 06, 2010.
```
db          +Matthew Adam Nicholson,   802 E. Main Street,   Savannah, MO 64485-2497
13147670    +AAFES/MIL STAR/EXCHANGE,   C/O Creditors Bankruptcy Service,   P.O. Box 740933,
             Dallas, TX 75374-0933
13090004     AT&T,   P. O. Box 660688,   Dallas TX 75266-0688
13090005     Bank of America,   P O Box 15019,   Wilmington DE 19886-5019
13090006    +Bluffs at Olathe,   c/o Ralph E. Lewis, II Esp,   7 N. Water Street,   Liberty MO 64068-1747
13090007    +Capital Management Services LP,   726 Exchange Street #700,   Buffalo NY 14210-1464
13090008    +Chase,   PO Box 15298,   Wilmington DE 19850-5298
13237572     Chase Bank USA NA,   P.O. BOX 15145,   Wilmington DE 19850-5145
13241471    +FIA CARD SERVICES, N.A.,   ATTN MR. BK,   1000 Samoset Drive,   DE5-023-03-03,
             Newark, DE 19713-6000
13090012     Home Depot Credit Services,   P O Box 689100,   Des Moines IA 50368-9100
13090016   ++INFIBANK NA,   157 TECHNOLOGY PKWY,   STE 900,   NORCROSS GA 30092-2950
            (address filed with court: NextCard,   PO Box 922968,   Norcross GA 30010-0000)
13090014    +Menards,   PO Box 15521,   Wilmington DE 19850-5521
13090015     Military Star,   P.O. Box 78731,   Phoenix AZ 85062-8731
13290757     Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, Va 23541-1067
13146606    +STERLING INC. dba KAY JEWELERS,   P.O. Box 6597,   Cleveland, OH 44101-1597
13090017     Sallie Mae,   P O Box 9533,   Wilkes Barre PA 18773-9533
13119073     Sallie Mae Inc. on behalf of,   United Student Aid Funds, Inc.,   USAF,
             Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
13090018    +Trisha Nicholson,   3801 Taggart Court,   Saint Joseph MO 64506-1346
13203713   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US Bank, NA,   4801 Frederica Street,   Owensboro, KY 42301)
13090019    +US Bank,   P. O. Box 20005,   Owensboro KY 42304-0005
13090020     Washington Mutual Card Services,   P O Box 660509,   Dallas TX 75266-0509
```

The following entities were noticed by electronic transmission on Feb 04, 2010.
```
smg          E-mail/Text: ecfnotices@dor.mo.gov                             Missouri Department of Revenue,
             General Counsel's Office,   PO Box 475,   Jefferson City, MO  65105-0475
13090009    +E-mail/Text: jetter@cacu.com                                   Community America,   P. O. Box 15950,
             Lenexa KS 66285-5950
13090010    +E-mail/Text: jetter@cacu.com                                   Community America CU,   P. O. Box 15950,
             Lenexa KS 66285-5950
13093276     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2010 23:49:14     DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13090011     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2010 23:49:14     Discover,   P O Box 30395,
             Salt Lake City UT 84130-0395
13090013    +E-mail/Text: ebnsterling@weltman.com                           Kay Jewelers,   375 Ghent Rd,
             Akron OH 44333-4600
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13130286*    Sallie Mae Inc. on behalf of,   United Student Aid Funds, Inc.,   USAF,
             Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
                                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2010**        **Signature:**   *Joseph Speetjens*